

## 11TH COURT OF APPEALS
### EASTLAND, TEXAS
### JUDGMENT

Andrew Steven Chester,            * From the County Court
of Palo Pinto County,
Trial Court No. 59558.

Vs. No. 11-24-00034-CR            * March 13, 2025

The State of Texas,            * Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Andrew Steven Chester's motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed.